1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISBIR A. ROGERS-WRIGHT,<br><br>                Petitioner,<br>   v.<br><br>GEORGE NEOTTI, Warden,<br><br>                Respondent. | CASE NO. 10-CV-375-JM (JMA)<br><br>**ORDER DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

On February 2, 2011, the court issued an order adopting the magistrate judge's Report & Recommendation in the above-entitled case and dismissed with prejudice Petitioner Isbir A. Rogers-Wright's petition for writ of habeas corpus. (Doc. No. 13.) Petitioner now files a notice of appeal. (Doc. No. 15.)

Under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), an appeal from a final order in a habeas corpus proceeding may not be taken"[u]nless a circuit justice or judge issues a certificate of appealability." 28 U.S.C. § 2253(c)(1). However, such a certificate may only issue "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Because Petitioner has failed to make such a showing, the court hereby DECLINES to issue a Certificate of Appealability as to all cognizable federal claims presented in the petition for writ of habeas corpus. See Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000) (providing that threshold "substantial showing of the denial of a constitutional right" is met by demonstrating that: (1) the issues are debatable among jurists of reason; or (2) that a court could resolve the issues in a different

1  manner; or (3) that the questions are adequate to deserve encouragement to proceed further).

2      **IT IS SO ORDERED.**

3  DATED:  March 14, 2011

4   

5  Hon. Jeffrey T. Miller
  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28